JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DAVID ARTURO HERNANDEZ ARECHIGA,<br>Petitioner,<br>v.<br>MARK BOWEN, et al.,<br>Respondents. | NO. EDCV 26-4957-AS<br><br>**JUDGMENT** |

Pursuant to the Memorandum Decision and Order,

IT IS ADJUDGED that the Petition is GRANTED.

DATED: September 11, 2026

/s/
ALKA SAGAR
UNITED STATES MAGISTRATE JUDGE